# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

AE H. KWON,

    Petitioner,

vs.

JIM BENEDETTI, *et al.*,

    Respondents.

3:08-cv-00307-LRH-VPC

ORDER

This represented habeas matter under 28 U.S.C. § 2254 comes before the Court for initial review of the petition under Rule 4 of the Rules Governing Section 2254 Cases (the "Habeas Rules"). The filing fee has been paid.

The petition is not verified as required by Habeas Rule 2(c)(5).

The Court additionally notes that paragraphs 5 through 7 on page 2 of the petition have not been updated since the time of the petitioner's prior petition in 3:08-cv-00167-LRH-VPC. Petitioner further shall provide updated information in the amended petition filed in response to this order, to the best of the knowledge of petitioner and/or his counsel, as to: (a) the current status of any continued prosecution of the charges as to which the Supreme Court of Nevada reversed and remanded; and (b) the current status of the petitioner's consideration for possible parole.

IT THEREFORE IS ORDERED that, within thirty (30) days of entry of this order, petitioner shall file a properly verified amended petition that further includes the updates and additional information outlined in this order.

-2-

1   Under Local Rule LR 15-1, any amended petition filed must be complete in itself without
2   reference to previously filed papers.  Thus, the claims and allegations that are stated in the amended
3   petition will be the only matters remaining before the Court.
4   DATED this 11th day of June, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE