# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AE H. KWON, *et al.*, | |
| Petitioners, | 3:08-cv-00307-LRH-VPC<br>(Base File) |
| vs. | |
| | ORDER |
| JIM BENEDETTI, *et al.*, | |
| Respondents. | |

Respondents' motion (#30) for extension of time is GRANTED *nunc pro tunc*, and the time for respondents to file the exhibits to the answer is extended up to and including July 17, 2009.

DATED this 17th day of July, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE