# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AE H. KWON, *et al.,*<br><br>    Petitioners,<br><br>vs.<br><br>JIM BENEDETTI, *et al.,*<br><br>    Respondents. | 3:08-cv-00307-LRH-VPC<br>(Base File)<br><br>ORDER |

Petitioners' motion (#36) for extension of time is GRANTED *nunc pro tunc*, and the time for both petitioners to file their replies to the answer is extended up to and including August 31, 2009.

DATED this 25th day of August, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE