AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

*****     DISTRICT OF    NEVADA

AE H. KWON, et al,

       Petitioner,          JUDGMENT IN A CIVIL CASE
    V.

                                    CASE NUMBER: **3:08-cv-00307-LRH-VPC**

JIM BENEDETTI, et al.,

       Respondents.

and

Yun Kyeong Sung,

       Petitioner,

    V.                                 CASE NUMBER: **2:08-cv-00917-LRH -VPC**

Sheryl Foster, et al,

       Respondents.

      ☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      ☐     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **x**     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that final judgment is entered in favor of respondents and against petitioners Kwon and Sung, dismissing these consolidated actions with prejudice. IT IS ORDERED that the petition of petitioner Kwon in No. 3:08-cv-00307-LRH-VPC and the petition of petitioner Sung in No. 2:08-cv-917-LRH-VPC both shall be DENIED on the merits and that the consolidated actions shall be DISMISSED with prejudice. IT FURTHER IS ORDERED that a certificate of appealability is DENIED as to all claims.

September 12, 2011                                                    **LANCE S. WILSON**
                                                                              Clerk

                                                                     /s/ M. Campbell
                                                                     Deputy Clerk